UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:11-cv-61906-WJZ

ACCESS 4 ALL, INC., a Florida Non Profit
Corporation, and JOE HOUSTON, Individually,

    Plaintiffs,

vs.

EQUITY ONE, INC., a foreign for profit
corporation,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs, ACCESS 4 ALL, INC. and JOE HOUSTON, and Defendant, EQUITY ONE, INC., pursuant to Rule 41(a)(1), Fed. R. Civ. P., stipulate and agree that this action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: April 10, 2012.

| | |
|---|---|
| **THOMAS B. BACON, P.A.** | **GREENSPOON MARDER, P.A.** |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| 4868 S.W. 103rd Avenue | Trade Center South, Suite 700 |
| Cooper City, FL  33328 | 100 W. Cypress Creek Road |
| Phone: (954) 478-7811 | Ft. Lauderdale, FL  33309 |
| Fax: (954) 237-1990 | Tel.:  (954) 491-1120 Ext. 1233 |
| tbb@thomasbaconlaw.com | Fax:  (954) 267-8027 |
| | peter.siegel@gmlaw.com |
| BY:   s/ Thomas B. Bacon | |
|     Florida Bar No.: 139262 | BY:   s/Peter R. Siegel |
| |     Florida Bar No.: 988634 |

8872185 v1 28180-0001 Stipulation